**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TRANE TECHNOLOGIES,

                Plaintiff,

  -against-                                    21 **CIVIL** 6262 (AKH)

                                                     **JUDGMENT**

HUSSMAN CORPORATION,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order and Opinion dated March 15, 2022, Plaintiff is entitled to indemnification because its Losses arise out of or relate to the operations and liabilities of the business, and the Underlying Lawsuit also arises out of a Proceeding related to the operation of the business. Plaintiff's motion for summary judgment is granted, and Defendant's motion is denied and the complaint is dismissed with costs.

**Dated:**  New York, New York

      March 15, 2022

                                                                         **RUBY J. KRAJICK**

                                                                          **Clerk of Court**
                                     **BY:**    *K. Mango*
                                                                           **Deputy Clerk**